UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FRANCIS BREMERMANN, ET AL | CIVIL ACTION |
| VERSUS | NO. 10-3017 |
| KENNER CITY, ET AL | SECTION "J" |

J U D G M E N T

Considering the court's ruling in open court on May 11, 2011, filed herein,

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendants, Kenner City, Sean Alfortish, Bruce Lizana, Keith Chiro, Earl Zahn, Paul Trippi, Aubrey Gaspard, Ferd Gaudet, Kurt Garcia, Christopher Weddle, Arthur Dupre, Jr., and Francine Weaker, and against plaintiffs, Francis Bremermann, Jacqueline Bremermann, and Bremermann Mechanical, Inc., dismissing the plaintiffs' suit with prejudice, as to the federal claims, and without prejudice as to the state claims, at plaintiffs' cost..

New Orleans, Louisiana, this ___11th___ day of MAY, 2011.

_____
UNITED STATES DISTRICT JUDGE